**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 4, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00749-CV

**TONY C. OGANSOY AND KELLY S. OGANSOY, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATE OF JETT AYDIN OGANSOY, Appellants**

**V.**

**THE CITY OF HOUSTON, Appellee**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-16177**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 18, 2012. On November 20, 2012, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.